IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02013-KLM

ELI LAWRENCE BERNARD,

    Plaintiff,

v.

GROUP PUBLISHING, INC.,

    Defendant.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to File Amended Complaint** [Docket No. 19; Filed December 8, 2012] (the "Motion"). Plaintiff asserts in the Motion that Defendant terminated his employment on November 29, 2012. [#19] at 1. Plaintiff therefore seeks to file a First Amended Complaint that adds a claim for retaliation. *Id.* The Motion being unopposed,

    IT IS HEREBY **ORDERED** that the Motion [#19] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept Plaintiff's First Amended Verified Complaint [#20-2] for filing as of the date of this Order, and that Defendant shall file an answer or other responsive pleading within the time prescribed by Fed. R. Civ. P. 15(a)(3).

    Dated: December 10, 2012