**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-02013-KLM

ELI LAWRENCE BERNARD,

    Plaintiff,

v.

GROUP PUBLISHING, INC.,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order #[47] entered on September 13, 2013 by Magistrate Judge Kristen L. Mix it is

    ORDERED that Defendant's Motion for Summary Judgment #[27] is GRANTED. It is further

    ORDERED that final judgment is hereby entered in favor of Defendant Group Publishing, Inc. and against Plaintiff Eli Lawrence Bernard as to all claims.  It is further

    ORDERED that this case is DISMISSED WITH PREJUDICE.

    Dated at Denver, Colorado this 19th day of September, 2013.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                                      By: s/Edward P. Butler
                                      Edward P. Butler, Deputy Clerk